## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

LLANO FINANCING GROUP, LLC
a Texas limited liability company,

    Plaintiff,

v.                                            Case No: 5:15-cv-397-Oc-30PRL

JIM FIELDING, an individual, and
ALBERT PEEK REALTY AND
INVESTMENT CORP., a Florida
corporation,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Withdraw Notice of Removal (Doc. 5). Defendants removed this action from the Fifth Judicial Circuit in and for Marion County, Florida on August 7, 2015. (Doc. 1). Removal jurisdiction was premised upon the Court's diversity jurisdiction. *See* 28 U.S.C. § 1332(a). However, removal based upon diversity jurisdiction is improper if any of the defendants properly joined and served is a citizen of the state in which the action was brought. *See* 28 U.S.C. § 1441(b)(2); *Goodwin v. Reynolds*, 757 F.3d 1216, 1218 (11th Cir. 2014). Defendants admit that at least one of the defendants is a citizen of Florida. Therefore, Defendants request permission to withdraw their notice of removal and that the case be remanded to the Fifth Judicial Circuit in and for Marion County, Florida.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Withdraw Notice of Removal (Doc. 5) is GRANTED.

2. This case is REMANDED to the Fifth Judicial Circuit in and for Marion County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

3. The Clerk is directed to deny all pending motions as moot and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record